**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY and IRMA RAMIREZ, each an individual,<br><br>    Plaintiffs,<br><br>  v.<br><br>WESTWOODS INC., a California Corporation doing business as Cricklewood, and PAMELA M. VENTURI-COWAN, Trustee of the Pamela M. Venturi-Cowan Living Trust dated August 22, 2007,<br><br>    Defendants.<br>_____/ | No. C 09-05638 WHA<br><br>**ORDER OF DISMISSAL** |

The parties have stipulated to dismiss this action with prejudice pursuant to FRCP 41(a)(1). The Court will not retain jurisdiction to enforce the parties' settlement. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 1, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE